UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                  In Bankruptcy

**ERIC ANGELO GREENWOOD,**              Case No. 10-50185 mbm
                                                              Chapter 7
           Debtor(s).                           Hon. Marci B. McIvor
_____/

**ORDER EXTENDING §727 COMPLAINT DEADLINE
AS TO TRUSTEE ONLY**

By stipulation between Trustee and Debtor, **IT IS HEREBY ORDERED** that the §727 complaint deadline is extended as to the Trustee only until September 19, 2010.

Signed on July 19, 2010

                                                   /s/ Marci B. McIvor
                                               Marci B. McIvor
                                               United States Bankruptcy Judge