UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:  In Bankruptcy

**ERIC ANGELO GREENWOOD,**  Case No. 10-50185 mbm
Chapter 7
  Debtor(s).  Hon. Marci B. McIvor
_____/

## TRUSTEE'S APPLICATION FOR AUTHORITY TO COMPROMISE ESTATE'S RIGHTS IN CERTAIN INSURANCE PROCEEDS

Trustee Timothy J. Miller by his attorneys Schneider Miller, P.C., says:

1. The Debtor received $20,000.00 after the filing date of this case on an insurance claim for storm damages to certain real property. The payment included compensation / expense reimbursement for demolition disposal and cleanup.

2. The Debtor also received $6,377.27 after the filing date for the loss of certain personal property which occurred in the same incident and which property had been claimed and allowed as exempt.

3. Additional insurance claims in the total amount of $66,545.80 remain pending.

4. The Trustee and Debtor have agreed, subject to Court approval, that the Debtor will remit $5,000.00 upon entry of an order to settle the estate's rights in the claims paid to date. The Debtor will waive any interest in the remaining claims.

5. The Trustee recommends the settlement in the best interests of the estate.

**WHEREFORE,** the Trustee prays for authority to compromise on the terms set forth in paragraph 4.

SCHNEIDER MILLER, P.C.

Dated: December 14, 2010      /s/ Kenneth M. Schneider
                  By:  KENNETH M. SCHNEIDER (P-31963)
                     Attorney for Trustee
                     645 Griswold, Suite 3900
                     Detroit, MI 48226
                     (313) 237-0850
                     kschneider@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                    In Bankruptcy

**ERIC ANGELO GREENWOOD,**                Case No. 10-50185 mbm
                                                                  Chapter 7
        Debtor(s).                                  Hon. Marci B. McIvor
_____/

*PROPOSED*
<u>ORDER AUTHORIZING SETTLEMENT OF INSURANCE CLAIMS</u>

        Notice of the Trustee's Application for Authority to Compromise Estate's Rights in Certain Insurance Proceeds was served on all parties in interest together with notice of opportunity to object or request a hearing. No objections of hearing requests were timely filed.

        The Trustee's application is **GRANTED.**

        Debtor shall remit $5,000.00 to the Trustee forthwith in satisfaction of the estate's rights in the insurance proceeds totaling $26,377.27.

        Debtor is barred from any claim or interest in the additional claims of $24,548.80 and $42,000.00.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In the Matter of:                      In Bankruptcy

**ERIC ANGELO GREENWOOD,**        Case No. 10-50185 mbm
                                              Chapter 7
         Debtor(s).                         Hon. Marci B. McIvor

5202 Happy Hollow
Manchester, MI 48158

ss #xxx-xx-4496
_____/

**NOTICE OF TRUSTEE'S APPLICATION FOR AUTHORITY TO COMPROMISE
ESTATE'S RIGHTS IN CERTAIN INSURANCE PROCEEDS**

Schneider Miller, P.C., attorneys for Timothy J. Miller, Trustee, has filed papers with the court entitled Trustee's Application for Authority to Compromise Estate's Rights in Certain Insurance Proceeds.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief, or if you want the court to consider your views on the application, within twenty-one (21) days, you or your attorney must:

1.       File with the court a written response or an answer, explaining your position at:

               United States Bankruptcy Court
               211 W. Fort Street
               17th Floor
               Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to :

       Kenneth M. Schneider                    U.S. Trustee Office
       645 Griswold Street                       211 W. Fort Street
       Suite 3900                                    Suite 700
       Detroit, MI 48226                        Detroit, MI 48226

       All Creditors listed on the attached Court's Matrix

2.       If a response or answer is timely filed and served, the clerk will schedule a hearing on the application and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.**

The Application that the Trustee filed states as follows:

1.      The Debtor received $20,000.00 after the filing date of this case on an insurance claim for storm damages to certain real property. The payment included compensation / expense reimbursement for demolition disposal and cleanup.

2.      The Debtor also received $6,377.27 after the filing date for the loss of certain personal property which

3. Additional insurance claims in the total amount of $66,545.80 remain pending.

4. The Trustee and Debtor have agreed, subject to Court approval, that the Debtor will remit $5,000.00 upon entry of an order to settle the estate's rights in the claims paid to date. The Debtor will waive any interest in the remaining claims.

5. The Trustee recommends the settlement in the best interests of the estate.

    **WHEREFORE,** the Trustee prays for authority to compromise on the terms set forth in paragraph 4.

Respectfully Submitted,

Dated: December 14, 2010        /s/ Kenneth M. Schneider
By: KENNETH M. SCHNEIDER (P-31963)
Attorney for Trustee
645 Griswold, Suite 3900
Detroit, MI 48226
(313) 237-0850
kschneider@schneidermiller.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                              In Bankruptcy

**ERIC ANGELO GREENWOOD,**          Case No. 10-50185 mbm
                                                 Chapter 7
       Debtor(s).                              Hon. Marci B. McIvor
_____/

## CERTIFICATE OF SERVICE

RE:     Trustee's Application for Authority to Compromise Estate's Rights in Certain Insurance Proceeds, proposed Order, L.B.R. 9014-1 Notice and Certificate of Service

I hereby certify that on the 14th day of December 2010, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will forward such filing to the Office of the United States Trustee and all counsel of record using the ECF system; and

I hereby certify that an employee of Schneider Miller, P.C., has mailed by United States Postal Service a copy of the L.B.R. 9014-1 Notice to the following non-ecf participants.

ALL CREDITORS ON THE COURT'S MATRIX

                                       /s/ Kenneth M. Schneider
                           By:    KENNETH M. SCHNEIDER (P-31963)
                                 Attorney for Trustee
                                 645 Griswold, Suite 3900
                                 Detroit, MI 48226
                                 (313) 237-0850
                                 kschneider@schneidermiller.com