# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:                      In Bankruptcy

**ERIC ANGELO GREENWOOD,**         Case No. 10-50185 mbm
                                           Chapter 7
        Debtor(s).                         Hon. Marci B. McIvor
_____/

## ORDER AUTHORIZING SETTLEMENT OF INSURANCE CLAIMS

Notice of the Trustee's Application for Authority to Compromise Estate's Rights in Certain Insurance Proceeds was served on all parties in interest together with notice of opportunity to object or request a hearing. No objections of hearing requests were timely filed.

The Trustee's application is **GRANTED.**

Debtor shall remit $5,000.00 to the Trustee forthwith in satisfaction of the estate's rights in the insurance proceeds totaling $26,377.27.

Debtor is barred from any claim or interest in the additional claims of $24,548.80 and $42,000.00.

Signed on January 10, 2011

                                                       /s/ Marci B. McIvor
                                                       Marci B. McIvor
                                                       United States Bankruptcy Judge