# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:     In Bankruptcy

**ERIC ANGELO GREENWOOD,**     Case No. 10-50185 mbm
    Chapter 7
            Debtor(s).     Hon. Marci B. McIvor
_____/

## TRUSTEE'S MOTION FOR TURNOVER

Timothy J. Miller, Trustee, by his attorneys Schneider Miller, P.C., says:

1. By letter dated October 20, 2010, the Trustee returned a certain check to Auto Owners Insurance company in the amount of $24,545.80 and requested a replacement check.

2. The $24,545.80 check was issued jointly to Debtor, Kim Greenwood and Chase Home Finance for payment of an insurance claim for damages to the residence of Debtor and Kim Greenwood at 17850 Tecumseh Road, Dundee, Michigan. The damages were caused by a tornado on June 5, 2010. Chase Bank held a mortgage against the property.

3. Auto Owners has not yet issued payment on a remaining claim in the amount of $42,000.00.

4. The interest of Kim Greenwood in the property was terminated by the terms of a judgment of divorce dated April 29, 2009.

5. The interest of Chase Bank was foreclosed and satisfied by Sheriff's deed on September 17, 2010.

6. The interest of Debtor in the residence and the insurance claims relating to the property are property of this estate.

7. By order dated January 10, 2011, the respective rights of Debtor and Trustee in the pending insurance claims were resolved. The Order says: "Debtor is barred from any claim or interest in the additional claims of $24,548.80 and $42,000.00".

8. Whether Auto Owners objects to the $42,000.00 claim is unknown.

**WHEREFORE,** the Trustee prays for entry of an order directing Auto Owners to re-issue and remit payment in the amount of $24,545.80 to the Trustee forthwith and to remit all proceeds of all remaining claims to the Trustee upon resolution of same or further order of the Court.

SCHNEIDER MILLER, P.C.

Dated: January 11, 2011

By:   /s/ Kenneth M. Schneider
KENNETH M. SCHNEIDER (P-31963)
Attorney for Trustee
645 Griswold, Suite 3900
Detroit, MI 48226
(313) 237-0850
kschneider@schneidermiller.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In the Matter of: | In Bankruptcy |
| **ERIC ANGELO GREENWOOD,** | Case No. 10-50185 mbm |
| | Chapter 7 |
| Debtor(s). | Hon. Marci B. McIvor |
| _____/ | |

## *PROPOSED*
## ORDER DIRECTING TURNOVER OF INSURANCE PROCEEDS

The Trustee's Motion for Turnover is **GRANTED.**

**IT IS HEREBY ORDERED** that Auto Owners Insurance Company remit the sum of $24,545.80 payable to Timothy J. Miller, Trustee, forthwith.

**IT IS FURTHER ORDERED** that Auto Owners Insurance Company remit all proceeds of remaining claims to the Trustee upon resolution of same or further order of the Court.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
<u>**SOUTHERN DIVISION**</u>

| | |
|---|---|
| In the Matter of: | In Bankruptcy |
| **ERIC ANGELO GREENWOOD,** | Case No. 10-50185 mbm |
| | Chapter 7 |
| Debtor(s). | Hon. Marci B. McIvor |
| _____/ | |

<u>**NOTICE OF TRUSTEE'S MOTION FOR TURNOVER**</u>

Schneider Miller, P.C., attorneys for Timothy J. Miller, Trustee, has filed papers with the court entitled Trustee's Motion for Turnover.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief as set forth, or if you want the court to consider your views on the motion, within fourteen (14) days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:

    United States Bankruptcy Court
    211 W. Fort Street, 17th Floor
    Detroit, Michigan 48226

**If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.**

You must also mail a copy to:

   Kenneth M. Schneider
   645 Griswold; Suite 3900
   Detroit, Michigan 48226
   (313) 237-0850

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting the relief.**

Respectfully Submitted,

Dated: January 11, 2011

By: /s/ Kenneth M. Schneider
KENNETH M. SCHNEIDER (P-31963)
Attorney for Trustee
645 Griswold; Suite 3900
Detroit, MI 48226
(313) 237-0850
kschneider@schneidermiller.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In the Matter of: | In Bankruptcy |
| **ERIC ANGELO GREENWOOD,** | Case No. 10-50185 mbm |
| | Chapter 7 |
| Debtor(s). | Hon. Marci B. McIvor |
| _____/ | |

## CERTIFICATE OF SERVICE

RE: Trustee's Motion for Turnover, proposed Order, L.B.R. 9014-1 Notice and Certificate of Service

I hereby certify that on the 11th day of January 2011, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will forward such filing to the Office of the United States Trustee and all counsel of record using the ECF system; and

I hereby certify that an employee of Schneider Miller, P.C., has mailed by United States Postal Service a copy of the foregoing papers to the following:

Auto Owners Insurance Co.
ATTN:  Chad Wayne
P.O. Box 488
Adrian, MI 49221-0488

 /s/ Kenneth M. Schneider
By:    KENNETH M. SCHNEIDER (P-31963)
Attorney for Trustee
645 Griswold, Suite 3900
Detroit, MI 48226
(313) 237-0850
kschneider@schneidermiller.com
