# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In the Matter of:

**ERIC ANGELO GREENWOOD,**

Debtor(s).

_____/

In Bankruptcy

Case No. 10-50185 mbm
Chapter 7
Hon. Marci B. McIvor

## ORDER DIRECTING TURNOVER OF INSURANCE PROCEEDS

The Trustee's Motion for Turnover is **GRANTED.**

**IT IS HEREBY ORDERED** that Auto Owners Insurance Company remit the sum of $24,545.80 payable to Timothy J. Miller, Trustee, forthwith.

**IT IS FURTHER ORDERED** that Auto Owners Insurance Company remit all proceeds of remaining claims to the Trustee upon resolution of same or further order of the Court.

Signed on January 31, 2011

```
        /s/ Marci B. McIvor
      Marci B. McIvor
      United States Bankruptcy Judge
```